1   ALEXIS GALINDO (SBN 136643)
    CURD GALINDO & SMITH LLP
2   301 East Ocean Blvd., Suite 1700
    Long Beach, CA 90802-4828
3   Telephone: (562) 624-1177
    Facsimile:  (562) 624-1178
4   agalindo@cgsattys.com

5
    Attorneys for Plaintiff
6   Ronald Byrd

7
    James R. Touchstone, Esq., SBN 184584 jrt@jones-mayer.com
8   Denise L. Rocawich, Esq., SBN dlr@jones-mayer.com
    Melissa M. Ballard, SBN 185739 mmb@jones-mayer.com
9   JONES & MAYER
10  777 North Harbor Boulevard
    Fullerton, CA 92835
11  Telephone: (714) 446-1400
12  Facsimile: (714) 446-1448

13
    Attorneys for Defendants
14  Officer Ochoa #274, Officer Salazar #491 & City of Whittier

15
                    UNITED STATES DISTRICT COURT
16
                  CENTRAL DISTRICT OF CALIFORNIA
17
                        WESTERN DIVISION
18

| | |
|---|---|
| 19  RONALD BYRD, | Case No. 2:20-cv-00117-JAK-JC |
| 20               Plaintiff, | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| 21                   v. | |
| 22  OFFICER OCHOA #274; OFFICER SALAZAR# 491; CITY OF | Action Filed: January 6, 2019 |
| 23  WHITTIER; DOES 1 through 10, Jointly and Severally. | Current Trial Date: Not Set
Current FPTC Date: Not Set |
| 24               Defendants. | Honorable John A. Kronstadt
United States District Judge |
| 25 | |

26       TO THE HONORABLE COURT, ALL PARTIES AND THEIR

27  ATTORNEYS OF RECORD:

28
                                1

1    The parties to this action, acting through counsel, and pursuant to Federal Rule

2  of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated

3  settlement executed by them, to Plaintiff's Dismissal with Prejudice of his entire

4  action, including all claims stated therein, with each party to bear its own attorney's

5  fees and costs.

6

7    **IT IS SO STIPULATED**:

8

9  DATED: January  19, 2022          **CURD, GALINDO & SMITH, LLP**

10

                                      By:    **/S/ Alexis Galindo**
11                                            Alexis Galindo
                                              Attorneys for Plaintiff
12

13  DATED: January  19, 2022          **JONES & MAYER**

14

                                      By:    **/s/ Melissa Ballard**
15                                            Melissa Ballard
                                              Attorneys for Defendants
16

17

18

19

20

21

22

23

24

25

26

27

28

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 301 E. Ocean Blvd., Suite 1700, Long Beach, CA 90802.

On **January 19, 2022** I served the within:

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

in said action, on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

[ ]  **(BY ELECTRONIC SERVICE) ONLY BY ELECTRONIC TRANSMISSION**: Only by emailing the document(s) listed below to the parties in this action using the email addresses identified below per California Rules of Court Appendix I, Emergency Rules  Related to COVID-19, rule 12. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

[X]  **BY E-FILE: (IN COMPLIANCE WITH GENERAL ORDER)** On **January 19, 2022,** at my place of business, I e-filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to the parties listed below:

James R. Touchstone    jrt@jones-mayer.com
Denise L. Rocawich     dlr@jones-mayer.com
Melissa M. Ballard     mmb@jones-mayer.com; sks@jones-mayer.com
JONES & MAYER
3777 North Harbor Blvd
Fullerton, CA 92835
(714) 446-1400
(714) 446-1448 (Fax)
Attorneys for Defendants, Officer Ochoa #274; Officer Salazar #491 and City of Whittier

[X]  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed **January 19, 2022,** at Long Beach, California.

/s/ Irene Duran
Irene Duran

**Curd, Galindo & Smith, L.L.P.**
301 E. Ocean Boulevard, Suite 1700
Long Beach, CA 90802
Ph: (562) 624-1177
Fax: (562)624-1178